JACOB BOGATEROFF, Appellant, v. YALE CAPLAN, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 280 App. Div. 862.]

---

JOSE P. PACIOS, Respondent, v. FRANK & MOLONEY, INC., Respondent-Appellant, and SALJOAN COAL & COKE CORPORATION, Appellant-Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 280 App. Div. 860.]

---

JAY H. SCHAFRANN, Appellant, v. DOUBLEDAY & COMPANY, INC., Respondent.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

---

JEANNE M. ALLEN, an Infant, by Her Guardian ad Litem, THEODORE ALLEN, et al., Respondents, v. UNION SETTLEMENT ASSOCIATION, Appellant, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

---

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. LOUIS SOLOMON, Appellant.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

---

JEANNETTE G. EDWARDS, Respondent, v. ALFRED EDWARDS, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.